IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM G. MITCHELL, # 254703, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08v358-WKW |
| | ) | (WO) |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On August 11, 2008, the Magistrate Judge filed a Recommendation in this case. (Doc. # 14.)  Petitioner William G. Mitchell filed Objections on August 21, 2008.  (Doc. # 15.) Upon an independent and *de novo* review of the record, it is ORDERED as follows:

1. Mr. Mitchell's Objections (Doc. # 15) are OVERRULED.

2. The Recommendation (Doc. # 14) is ADOPTED.

3. Mr. Mitchell's petition for habeas corpus relief is DENIED.

4. The petition is DISMISSED without prejudice to afford Mr. Mitchell an opportunity to exhaust all available state court remedies.

DONE this 27th day of August, 2008.

                                                  /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE